AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:05-CR-442 |
| Marin Ruelas Villalobos | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                    .

Date:    03/24/2020                                          /s/ Philip Alito
                                                                         *Attorney's signature*

                                                                    Philip Alito, AUSA
                                                                  *Printed name and bar number*

                                                             United States Attorney's Office
                                                                 2100 Jamieson Avenue
                                                                   Alexandria, VA 22314

                                                                          *Address*

                                                                philip.alito@usdoj.gov
                                                                    *E-mail address*

                                                                    (703) 299-3806
                                                                  *Telephone number*


                                                                       *FAX number*